IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 00-cv-00383-LTB

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,
MARLWOOD COMMERCIAL INC.,
OMEGA GROUP HOLDINGS LTD.,
PINE STREET INVESTMENT LTD.,
PINFORD PORTFOLIO INC.,
HELENDALE TRADING CORP., and
TELOS FINANCE LTD.,

     Plaintiffs,

v.

VIKTOR KOZENY,
LANDLOCKED SHIPPING COMPANY,
PEAK HOUSE CORPORATION, and
TURNSTAR LIMITED,

     Defendants.

___

NOTICE
___

Please take notice that the undersigned has retained the services of Connie Smith of the firm Rothgerber Johnson & Lyons LLP for estate planning purposes. Any party wishing to suggest recusal of the undersigned may do so within 10 days from the date of this notice.

                    BY THE COURT:

                      s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

Dated: October 1, 2008