IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-00383 LTB-PAC

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,
MARLWOOD COMMERCIAL INC.,
OMEGA GROUP HOLDINGS LTD.,
PINE STREET INVESTMENT LTD.,
PINFORD PORTFOLIO INC.,
HELENDALE TRADING CORP., AND
TELOS FINANCE LTD.,

Plaintiffs,

v.

VIKTOR KOZENY, LANDLOCKED
SHIPPING COMPANY, PEAK HOUSE
CORPORATION, AND TURNSTAR
LIMITED,

Defendants

___

**ORDER TO PERMIT USE OF AGENCY SECURITIES**
___

Upon motion by Defendants Landlocked Shipping Company and Peak House Corporation to permit use of "Agency Securities," (the "Motion") and the Court being fully advised, the Court finds and orders as follows:

1. Pursuant to a motion for sale of certain real and personal property, the Court on October 22, 2001, entered an Order which provided, among other things, that the net sales proceeds from the sale of such property shall be invested in any of the investment vehicles identified in Exhibit D to that motion ("Net Sales Proceeds").

2. The October 22, 2001 Order and Exhibit D were attached to the Motion collectively as exhibit 1.

3. The Net Sales Proceeds are invested in direct issue commercial paper, a permitted investment. In particular, $22,416,748.56 of the Net Sales Proceeds are invested in GECC commercial paper. This investment is scheduled to mature on October 20, 2008 at a value of $22,553,000.00.

4. It is expected that the Net Sales Proceeds will be invested in treasury bills on October 20, 2008. Wells Fargo, the bank through which the Net Sales Proceeds have been invested since the inception, has recommended that the Net Sales Proceeds not be invested in commercial paper in light of the distressed financial markets.

5. Wells Fargo has recommended that the Net Sales Proceeds be invested in treasury bills or "agency securities." Agency securities ("Agency Securities") are debt obligations issued by U.S. Government-sponsored enterprises issued with maturities that range from 1 day to 50 years, as either discounted securities or interest-bearing notes and bonds that provide periodic annual interest payments. Attached as exhibit 2 to the Motion is a document provided by Wells Fargo which provides additional information about Agency Securities.

6. Agency Securities are not backed by the full faith and credit of the United States, but according to Wells Fargo, are less risky investments than direct commercial paper and asset backed commercial paper. In fact, Wells Fargo stopped recommending the use of asset backed commercial paper all together several years ago.

7. While Agency Securities do not provide the rate of return of direct commercial paper, they are considered less risky.

8. The Plaintiffs do not object to adding Agency Securities as one of the permitted invested for the Net Sales Proceeds.

IT IS THEREFORE ORDERED THAT the investment options for the Net Sales Proceeds shall now include Agency Securities.

IT IS SO ORDERED THIS 20th day of October, 2008.

    s/Lewis T. Babcock
Lewis T. Babcock, Judge
United States District Court