IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 00-cv-00383-LTB

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,
MARLWOOD COMMERCIAL INC.,
OMEGA GROUP HOLDINGS LTD.,
PINE STREET INVESTMENT LTD.,
PINFORD PORTFOLIO INC.,
HELENDALE TRADING CORP., and
TELOS FINANCE LTD.,

      Plaintiffs,

v

VIKTOR KOZENY,
LANDLOCKED SHIPPING COMPANY,
PEAK HOUSE CORPORATION, and
TURNSTAR LIMITED,

      Defendants.

_____

**ORDER OF CONTINUANCE
AND TERMINATION OF PRELIMINARY INJUNCTION**
_____

The parties in the above-styled matter have filed a Stipulation for Continuance and Termination of Preliminary Injunction pursuant to D.C. Colo. L. Civ. R. 6.1. Accordingly, the above-styled matter is hereby CONTINUED.

It is also ORDERED that the Preliminary Injunction issued by this Court on May 16, 2000 (the "Preliminary Injunction"), together with any and all Modifications or Orders related thereto, including but not limited to the Court's October 22, 2001 Order Modifying Injunction, are hereby revoked and discharged, and any and all escrow or other accounts established for the purpose of holding Defendants' property subject to the Preliminary Injunction or any

1

Modification or Order related thereto, are hereby dissolved and terminated and the Court's previous restrictions on Defendants' property are hereby removed.  The bond posted by Plaintiffs in support of the Preliminary Injunction is hereby discharged.  This Order will become effective 30 calendar days after written notification to the United States Government, which shall be sent within five business days of filing this Order with the Court, with respect to the government's letter to the Court dated October 20, 2005 stating that the funds that were restrained herein pursuant to the Court's orders are forfeitable as property involved in money laundering in the Indictment captioned *United States v. Victor Kozeny, et al.*, 05 Cr. 518 (RCC) (SDNY).

Dated:      March 9     , 2009.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge