**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 00-cv-00383-LTB

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,
MARLWOOD COMMERCIAL INC.,
OMEGA GROUP HOLDINGS LTD.,
PINE STREET INVESTMENT LTD.,
PINFORD PORTFOLIO INC.,
HELENDALE TRADING CORP., and
TELOS FINANCE LTD.,

    Plaintiffs,

v

VIKTOR KOZENY,
LANDLOCKED SHIPPING COMPANY,
PEAK HOUSE CORPORATION, and
TURNSTAR LIMITED,

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 397 - filed April 8, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: April 9, 2009